[No. 6519–3–II. Division Two. December 21, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL E. HODGE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–1–00334–6, Waldo F. Stone, J., entered August 13, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 6564–9–II. Division Two. December 21, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WILSON S. O'NEAL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–1–00334–6, Waldo F. Stone, J., entered August 18, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[Nos. 10962–6–I; 10963–4–I. Division One. December 24, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN VALDEZ GARCIA, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 80–1–00286–1, 79–1–01483–1, Horton Smith, J., entered June 2 and May 30, 1980. *Reversed* and *remanded* by unpublished per curiam opinion.